PEOPLE, PLAINTIFF AND APPELLEE, *v.* CURRÁ ET AL.,
DEFENDANTS AND APPELLANTS.

APPEAL from the District Court of Arecibo in a Prosecution
for Violation of the Excise-Tax Law.

No. 2220.—Decided February 21, 1924.

EXCISE TAXES—EVIDENCE.—In the opinion the evidence against the appellant
charged with a violation of section 61 of the Excise-Tax Law is examined
and held to be sufficient.

The facts are stated in the opinion.

*Mr. H. Miranda* for the appellants.

*Mr. José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the
court.

Manuel Currá was found guilty of the offense defined and
penalized by section 61 of the Excise-Tax Law of June 15,
1919.

In his appeal to this Supreme Court the only error as-
signed refers to the refusal of the trial court to sustain a
motion for acquittal based on the lack of evidence.

However, the evidence was sufficient to sustain the judg-
ment of the trial court. Two insular policemen testified that
they were eye-witnesses of the commission of the offense
and seized the apparatus with which the offense was com-
mitted.

Both witnesses, to whom the court gave entire credit, testi-
fied corroboratively that they surprised Manuel Currá and
Pedro Colón in a mountainous place at night operating a
still for the manufacture of alcohol. The witnesses were at-
tracted by a light, called by them a torchlight, which shone
around the defendants so that they could see at a distance
of 25 meters, more or less, the handling of the still by the
said defendants. These witnesses testified to the existence of
the still as an apparatus composed of the necessary parts
for distilling alcohol. These parts consisted of a boiler with
its head and worm mounted on a stone furnace. One of

the defendants kept the fire going while the other, the appellant, operated the still. In these circumstances and because of the noise made by an accidental fall of one of the policemen, the defendants fled when the policemen were nearing the place, taking with them a part of the head, but leaving at the place a receptacle containing molasses and the worm inside of a barrel.

This was the description of the facts and from them the direct participation of the appellant in the commission of the offense appears clearly.

The record shows no material error for review, and there being no showing of passion or prejudice on the part of the trial judge in weighing the evidence, the judgment must be

*Affirmed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.